GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-868-8866
gabriel@grassodefense.com
Attorney for ARIAWHORAI

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

          MAR 3 0 2018

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.: 2:18-mj-00314-GWF |
| EFETURI ARIAWHORAI, | |
| Defendant. | |

## STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, EFETURI ARIAWHORAI requests a substitution of counsel in the above styled cause, wherein GABRIEL L. GRASSO, ESQ. is substituted counsel and MAYSOUN FLETCHER, ESQ. at The Fletcher Firm, P.C., is no longer counsel of record for the defendant.

DATED this 30th day of March, 2018.

Maysoun Fletcher, Esq.
5510 S. Fort Apache, Suite 5
Las Vegas, NV 89148
(702) 835-1542

Gabriel L. Grasso, Esq.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866

_____
MAYSOUN FLETCHER, ESQ.

_____
GABRIEL L. GRASSO, Esq.

_____
EFETURI ARIAWHORAI, Defendant

CAM FERENBACH
U.S. MAGISTRATE JUDGE